UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

                        Plaintiff,

v.                                                              Case No. 2:17-cr-17
                                                                HON. ROBERT J. JONKER
JEFFERY TODD DAGENAER,

                        Defendant.
_____/

## ORDER OF DETENTION

        Defendant appeared before the undersigned on May 24, 2017, for an initial

appearance and arraignment on the Indictment charging defendant with Assault by

Strangulation and Assault by Striking, Beating or Wounding.

        Defendant is currently being detained in tribal court, but the status of that

detention is unclear.  Counsel will investigate his custody and advise the Court.

        Defendant shall be detained pending further proceedings.


        IT IS SO ORDERED.


                                        /s/ Timothy P. Greeley
                                        TIMOTHY P. GREELEY
                                        UNITED STATES MAGISTRATE JUDGE
Dated: May 24, 2017